| Date | Pleading Number | |
|---|---|---|
| 12/5/73 | 1. | MOTION of plaintiffs Penney, Longchamp and MacArthur for consolidation of two actions pending in D. Massachusetts and 1 action pending in D. New Hampshire into single district. Supporting brief schedule A and affidavit of service. Requested transferee Forum: D. Massachusetts |
| 12/7/73 | 2. | MOTION of defendant Delta Air Lines, Inc. for consolidation of two Massachusetts actions, one M.D. Tennessee action, one S.D. New York action, one M.D. Florida action, one D. Vermont action, and one N.Hampshire action. Supporting brief, Schedule A and certificate of service. Requested transferee forum: D. Massachusetts |
| 12/26/73 | 3 | PLAINTIFFS D'ARCY AND CHEW AND TWO OTHER ESTATES response to motion brief and certificate of service. |
| 12/26/73 | 4 | PLAINTIFFS THORNE, BARNETT, PROVOST, CHOUINARD response, brief and cert. of service to motion (suppl. service filed 1/7/74) |
| 1/2/74 | 5 | PLAINTIFFS THOMPSON, METZ, HANNA, CAMERON HUBBELL response to motion |
| 1/4/74 | | DELTA AIRLINES AMENDMENT TO MOTION (C-1, C-2, C-3, C-4, C-5, C-6 & C-7) w/service indicated. also DELTA AIRLINES request for extension to file reply brief to and including Jan 11, 1974 GRANTED |
| 1/4/74 | | PENNEY, LONGCHAMP, MACARTHUR ltr amending motion to include C-1 through C-7) service indicated. |
| 1/7/74 | 6. | PLTF. HOAG (Vt., CA No. VT-74-3) Opposition to motion (action not officially part of mdl to date -- no service on paper) Supporting brief attached. |
| 1/9/74 | | HEARING ORDER - Setting A-1 through C-7 for hearing, Feb. 7, 1974 Atlanta, Ga., Notified counsel, involved judges. |
| 1/14/74 | 7 | DELTA AIR LINES response to PLAINTIFFS D'ARCHY AND CHEW response w/cert. of service |
| 1/14/74 | 8 | DELTA AIR LINES reply brief w/cert. of service |
| 1/18/74 | 9 | D'ARCHY AND CHEW brief opposing transfer to New Hampshire or Vermont |
| 1/21/74 | 10 | DELTA AIRLINES reply brief |
| 1/25/74 | 11 | SPERRY RAND CORP. response to motion w/cert. of sercice |
| 1/28/74 | 12 | KNAPP, BANK, FLEURY, & GOSBELIN response to motion w/cert. of service |
| 1/30/74 | 13 | PLAINTIFF CUMMINGS motion and brief to transfer actions pursuant to 28 U.S.C. §1407 to the District of Vermont or the District of New Hampshire. Adds additional actions D-1 through D-8. |
| 1/30/74 | | ORDER - amending hearing order of Jan. 9, 1974, to include actions D-1, D-2, D-3, D-4, D-5, D-6, D-7, D-8 and to include the motion of plaintiff Cummings to transfer actions to the D. of Vermont or the D. of New Hampshire. Notified service counsel, involved judge. |
| 1/30/74 | 14 | MARLA J. BAILEY response to motion w/cert. of service |
| 1/30/74 | 15 | ANDREA L. HOLZSCHEITER response to motion |
| 1/30/74 | 16 | BRENDA J. THERIAULT response to motion w/cert. of service |
| 1/31/74 | 17 | BAYARD W. KENNETT response to motion |
| 1/31/74 | 18 | DOROTHY C. RUANE response to motion |
| 1/31/74 | | BAYARD W. KENNETT, ADM. V. DELTA AIR LINES, INC., D. N.HAMP., C-74-21 DOROTHY C. RUANE, ADM. V. DELTA AIR LINES, INC., D. NHAMP., C-74-22 Hearing Order amended to include actions. Notified counsel Involved judges. |
| 2/7/74 | 19 | VERMONT Plaintiffs response to motion (FILED IN OPEN COURT) |

| Date | Pleading Number | |
|---|---|---|
| 2/19/74 | 22 | D'ARCHY v. DELTA, S.D.N.Y., 73 Civ. 5147 J. Frankel Order of 2/11/74 remanding action to state court. |
| 4/10/74 | | CONSENT OF JUDGE CAFFREY for litigation to be handled pursuant to 28 U.S.C. §1407 in the District of Mass. |
| 4/10/74 | | Opinion and Order transferring A-1 through D-10 in the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 before Judge Caffrey. |
| 4/15/74 | | James D. Warren v. Delta Airlines, D. NH, C-74-30  Arthur A. Smith v. Delta Air Lines D. N.H., C-74-31  Helen M. Hall v. Delta Air Lines, D.N.H. C-74-32  John D. Richards v. Delta Air Lines, D. N.H., C-74-33  Richard Warren Young v. Delta Air Lines, Inc., D.N.H. C-74-48  Betty Prescott v. Delta Air Lines, D.VT, 74-41  Gary Vallencourt v. Delta Air Lines, D.VT, 74-83  Annette Vallencourt v. Delta Air Lines, Inc., D. VT, 74-84  McMaster v. Delta Air Lines, Inc., M.D. Fla., 74-96 Civ. TK  McMaster v. Delta Air Lines, Inc., M.D. Fla., 74-97Civ. TK  Marla J. Bailey v. Delta Air Lines, et al., S.D.Fla., 74-284  CTO's entered today. Notified counsel, involved judges. |
| 4/23/74 | | Edward G. Boyle, Jr. and Inez Claire Boyle v. Delta Air Lines, Inc. D. New Hampshire, Civil Action No. 74-95- CTO entered today. Notified counsel, involved judges. |
| 4/26/74 | 21 | Marla J. Bailey, Adm. v. Delta Air Lines, Inc., et al. S.D. Florida, Civil Action No. 74-284-Civ. WM  Notice of Opposition to CTO because action was remanded on Mar. 19, 1974 to Florida state court. |
| 4/30/74 | | Marla J. Bailey, etc. v. Delta Air Lines, Inc., et al., S.D. Fla., Civil Action No. 74-284 -- CTO entered on 4/15/74 VACATED. Order mailed to counsel, involved judges. |
| 5/1/74 | | James D. Warren v. Delta Air Lines, D. N.H., C-74-30  Arthur A. Smith v. Delta Air Lines, D. N.H., C-74-31  Helen M. Hall v. Delta Air Lines, D. N.H., C-74-32  John D. Richards v. Delta Air Lines, D. N.H. C-74-33  Richard Warren Young v. Delta Air Lines, D. N.H. C-74-48  Betty Prescott v. Delta Air., D. VT, 74-41  Gary Vallencourt v. Delta Air Lines, 74-83  Annette Vallencourt v. Delta Air Lines, 74-84  Karen H. McMaster v. Delta Airlines, M.D. Florida, 74-96  Karen Haelsig McMaster v. Delta Air, M.D. Florida, 74-97  CTO's final today. Notified transferee clerk, judge, involved judges and clerks |
| 5/9/74 | | Edward G. Boyle Jr. v. Delta Air Lines, D. New Hampshire, C.A. No. 74-95 CTO final today. Notified transferee clerk, judge involved clerk and judge |
| 5/14/74 | | Patrick J. Jackson, etc. v. Delta Airlines, Inc., D. New Hampshire 74-115 -- CTO entered today. Notified counsel, involved judges |
| 5/30/74 | | Patrick J. Jackson, etc. v. Delta Airlines, Inc, D. New Hampshire 74-115 -- CTO final today. Notified clerks, involved judges |
| 7/11/74 | | JUANITA M. KESTER, ETC. V. DELTA, S.D.N.Y., 74 Civ. 2540 CTO entered today. Notified counsel, involved judges. |
| 7/30/74 | | JUANITA M. KESTER, ETC. V. DELTA, S.D.N.Y. 74 Civ. 2540 CTO final today. Notified clerks, involved judges. |
| 8/26/74 | | ~~HENRY D. CAREY V. DELTA, N.D. Calif., C 74-1297~~  ~~Order of Dismissal received from N.D. Calif.~~  ~~ORDER -- Vacating CTO entered on~~ |

| Date | Pleading Number | |
|---|---|---|
| 7/30/74 | | FRANCES A. BURRELL V. DELTA, S.D.FLA, 74-195-Civ-NCR<br>VIVIAN H. BRAU V. DELTA, ET AL., E.D.N.Y., 74C1057<br>ANN G. D'ARCHY, V. DELTA, ET AL., S.D.N.Y. 74 Civ. 2884<br>WARREN STANDEVEN V. DELTA, N.CAL, C-74-1195-RFP<br>HENRY B. CAREY V. DELTA AIR LINES, N. CAL, C-74-1297-LHB<br>DIANNE B. COVENY V. DELTA AIRLINES, W.D.N.Y. Civ 74-336<br>   CTOs entered today.  Notified counsel, involved judges. |
| 8/9/74 | 22 | NOTICE OF OPPOSITION -- plaintiff Warren Standeven in N.D. California<br>                Civil Action No. C-74-1195-RFP |
| 8/9/74 | | CTO STAYED -- Warren Standeven v. Delta, N.D. Cal., No. C-74-1195-RFP |
| 8/12/74 | 23 | NOTICE OF OPPOSITION -- defendant Delta Airlines in Brau., E.D. N.Y.,<br>                CA No. 74 C 1057 |
| 8/12/74 | 24 | NOTICE OF OPPOSITION -- defendant Delta Airlines in Coveny, W.D.N.Y.,<br>                CA No. Civ. 74-336 |
| 8/12/74 | | CTO'S STAYED -- Brau and Coveny, E.D. & W.D. N.Y., Notified all counsel<br>              and involved judges. |
| 8/14/74 | | CTO'S FINAL -- Burrell v. Delta, S.D. Fla., 74-195-Civ.-NCR    (E-15)<br>            D'Archy v. Delta, S.D.N.Y., 74 Civ. 2884         (E-17)<br>            Carey v. Delta, N.D. Cal., No. C-74-1297-LHB   (E-19)<br>   Notified involved transferee & transferor judges & clerks. |
| 8/23/74 | | VITA STRACHWITZ HADIIK V. DELTA, S.D.N.Y., 74 Civ. 3122<br>   CTO entered today. Notified counsel, involved judges |
| /26/74 | | HENRY B. CAREY V. DELTA, N. D. CAL. 74-1297-LHB<br>Dismissal Order of 7/29/74 filed from N.D. Calif.<br>ORDER -- VACATING CTO entered Jul 30, 1974.  Notified clerks, judges,<br>   liaison counsel, plaintiffs' counsel |
| 8/27/74 | 25 | MOTION AND BRIEF TO VACATE CTO (Brau and Coveny) filed by Delta<br>   Air Lines |
| 8/30/74 | | HEARING ORDER -- Setting Brau and Coveny action for hearing --<br>                September 27, 1974, Boston, Massachusetts |
| 8/30/74 | | Warren Standeven v. Delta, N.D. CALIF., C-74-1195-- Order fo J. Peckham<br>   remanding action to the state court<br>ORDER vacating CTO entered on 7/30/74. Notified counsel, involved<br>   judges. |
| 9/10/74 | | DIANNE B. COVENY, ET AL. V. DELTA AIR LINES, INC., ET AL., W.D.N.Y.<br>   C.A. No. 74-336 -- CTO vacated today. Notified counsel, involved<br>   clerks and judges.  Order also vacates hearing as it pertains to<br>   the Coveny Action |
| 9/10/74 | | COVENY, ET AL. V. DELTA AIRLINES, INC., ET AL., W.D.N.Y. 74-336<br>   Letter from defendant counsel withdrawing Notice of opposition |
| 9/10/74 | | VITA STRACHWITZ HADIIK, ET AL V. DELTA AIR LINES, S.D.N.Y. 74 Civ. 3122<br>   CTO final today.  Notified counsel, clerks, involved judges. |
| 9/23/74 | | CONDON & FORSYTH letter stating BRAU action was transferred<br>to the D. Mass pursuant to 28 U.S.C. 1407 per Judge Judd's order<br>BRAU V. DELTA, E.D.N.Y., 74C1057<br>   ORDER VACATING CTO and hearing set in Brau action. Notified<br>   counsel, involved judges, involved clerks |
| 10/22/74 | | PATRICK J. FRAWLEY V. DELTA., C.D. CAL., CV-74-2199-HP<br>   CTO entered today. Notified counsel., involved jduges |
| 11/6/74 | | PATRICK J. FAWLEY V. DELTA, C.D.CA., CV74-2199-HP<br>   CTO final today.  Notified counsel, involved judges. |
| 2/26/75 | | ~~RONALD MOORE, ETC. V. U.S.A., S.D. TEX., 75-H-235~~<br>   ~~Show Cause Order filed today. Notified counsel, involved judges~~ |

| Date | Pleading Number | |
|---|---|---|
| 4/2/75 | | RONALD MOORE V. U.S.A., S.D. TEX., 75-H-235 |
| | | HEARING ORDER -- Setting plaintiffs opposition to transfer -April 25, 1975 Washington, D.C. -- Notified counsel, involved judges |
| 4/22/75 | 26 | Response of Plaintiff Moore to order to Show Cause with Proof of Service |
| 4/23/75 | 27 | RESPONSE -- U.s.a. to Order to show cause w/cert. of service |
| 5/5/75 | | JOHN H. WILSON V. U.S.A., S.D.TEXAS, 75 H 461 |
| | | HUMPHREYS V. U.S.A., S.D.TEXAS, 75-H-462 |
| | | CTO filed today. Notified counsel involved judges |
| 5/20/75 | | JOHN H. WILSON V. U.S.A., S.D.TEXAS 75-H-461 |
| | | HUMPHREYS V. U.S.C., S.D.TEXAS 75-H-462 |
| | | CTO final today. Notified clerks involved judges |

DO NOT USE

| Date | Pleading Number | |
|---|---|---|
| 11/27/74 | | HENRY B. CAREY, ET AL. V. DELTA AIRLINES, ET AL. V. the U. S. N. D. CALIF., C74-1297-LHB <br> CTO entered today. Notified counsel, involved judges |
| 12/10/74 | | HENRY B. CAREY, ET AL. V. DELTA AIRLINES, ET AL. V. TH. U.S. N.D.CAL., C74-1297-LHB -- CTO final today. Notified clerk involved judges. |
| 3/26/75 | | RONALD MOORE, ETC. V. U.S.A., S.D.TEX, 75-H-235 <br> Show Cause Order filed today. Notified counsel, involved judges |
| 4/2/75 | | RONALD MOORE V. U.S.A., S.D.TEX, 75-H-235 <br> HEARING ORDER -- Setting plaintiffs opposition to transfer April 25, 1975, Washington, D.C., Notified counsel involved judges |
| 4/22/75 | 26 | RESPONSE -- MOORE -- w/cert. of service |
| 4/23/75 | 27 | RESPONSE -- U.S.A. w/cert. of service |
| 5/5/75 | | JOHN H. WILSON V. U.S.A., S.D. TEX., 75-H-461 <br> HUMPHREYS V. U.S.A., S.D.TEX, 75-H-462 <br> cto filed today. Notified counsel involved judges |
| 5/20/75 | | JOHN H. WILSON V. U.S.A., S.D.TEX 75-H-461 <br> HUMPHREYS V. U.S.A., S.D.TEX 75-H-462 <br> CTO FINAL TODAY. Notified Clerks, involved judges |
| 6/19/75 | | RONALD MOORE V. U.S.A. S.D.TEX., 75-H-235 <br> OPINION AND ORDER transferring action to D. Mass for assignment to Judge Caffrey under 28 U.S.C. §1407 |
| 7/11/75 | | PAMELA DAVENPORT, ET AL. V. DELTA, S.D.N.Y., 75 Civ. 3129 <br> CTO filed today. Notified counsel, involved judges |
| 7/17/75 | | PAMELA DAVENPORT, ET AL. V. DELTA, S.D.N.Y. 75 Civ. 3129 <br> NOTICE OF OPPOSITION -- Plaintiff DAVENPORT -- CTO automatically stayed Notified counsel, involved judge |
| 7/24/75 | | BETTE J. GAINES, ETC. V. DELTA, S.D.FLA., FL75-284-CIV-NCR <br> CTO filed today. Notified counsel, involved judges. |
| | | ~~RESPONSE -- PAMELA DAVENPORT~~ |
| 7/30/75 | 28 | MOTION AND BRIEF -- PAMELA DAVENPORT to vacate CTO |
| 8/5/75 | | GAIL L. CARPENTIERE, ET AL. V. DELTA, D. NEW HAMP., 75-220 <br> CTO filed today. Notified counsel, involved judges. |
| 8/8/75 | 29 | RESPONSE -- DELTA AIR LINES to Motion To vacate DAVENPORT CTO |
| 8/8/75 | | BETTE J. GAINES, ETC. V. DELTA AIRLINES, S.D.FLA., FL75-284-Civ-NCR <br> CTO final today. Notified clerks, involved judges |
| 8/20/75 | | LETTER, PAMELA DAVENPORT -- informing of latest developments w/attachment of transcript of conference |
| 8/21/75 | | GAIL L. CARPENTIERE, ET AL. V. DELTA, D. NEW HAMPSHIRE, 75-220 <br> CTO FINAL TODAY. NOTIFIED TRANSFEREE CLERK, JUDGE, TRANSFEROR CLERK, JUDGE |
| 9/2/75 | | HEARING ORDER -- Setting Pamela Davenport v. Delta, S.D.n.Y., 75 Civ. 3129 for hearing -- Sep. 26, 1975 Los Angels Calif. |
| 7/23/75 | | WAIVER OF ORAL ARGUMENT -- Delta Airlines |
| 10/3/75 | | PAMELA DAVENPORT, ET AL. V. DELTA, S.D.N.Y. 75 Civ 3129 <br> ORDER -- VACATING CTO -- Notified involved clerks, judges, counsel |
| 11/12/75 | | KAREN HAELSIG MCMASTER, ETC. V. U.S.A., M.D.FLA., 75-559-T-H <br> CTO FILED TODAY. Notified counsel, involved judge |
| 11/26/75 | | KAREN HAELSIG MCMASTER, ETC. V. U.S.A., M.D.FLA, 75-558-T-H <br> CTO FILED TODAY. Notified counsel, involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 11/26/75 | | LETTER -- W/ORDER (Certified D. Mass) Stating Hadik, et al. v. Delta D. Mass, 74-2228 was transferred to D. Mass under §1404 on August 22, 1975 order signed by Judge Frankel |
| 11/26/75 | | ORDER -- Vacating Conditional Transfer Order filed in Hadik, et al. v. Delta, D. Mass 74-2228 Because Action was transferred to D. Mass by J. Frankel on 8/22/75 xxx under §1404 Notified clerk transferee court, transferee judge, counsel |
| 12/1/75 | | KAREN HAELSIG MCMASTER, ETC. V. U.S.A., M.D.FLA., 75-559-T-H CTO FINAL TODAY. NOTIFIED CLERK, INVOLVED JUDGE |
| 12/11/75 | | KAREN HAELSIG MCMASTER ETC. V. U.S.A. M.D. Fla. 75-558-T-H CTO Final today. Notified clerks, involved judges |
| 2/12/76 | | JUDGE CAFFREY'S SUGGESTION OF REMAND FOR CERTAIN ACTIONS |
| 2/12/76 | | MARTINA M. METZ V. DELTA, D. MASS 74-2329-C NANCY HANNA V. DELTA, D. MASS, 74-2330-C MARTHA S. CAMERON V. DELTA, D. MASS, 74-2331-C ALETHA G. HUBBEL V. DELTA, D. MASS, 74-2332-C ANDREA L. HOLZSCHEITER V. DELTA, D. MASS 74-2335-C xxxxxxxx JAMES HOAG V. DELTA, D. MASS 74-2336-C LYN D. CUMMINGS V. DELTA, D. MASS 74-2337-C BRENDA J. THERIAULT, ADM. V. DELTA, D. MASS., 74-2342-C JAMES D. WARREN V. DELTA, D. MASS, 74-2152 BETTYPRESCOTT V. DELTA, D. MASS, 74-2343-C xxxxxxxxxxxx GARY VALLENCOURT V. DELTA, D. MASS, 74-2344-C ANNETTE VALLENCOURT V. DELTA, D. MASS, 74-2345-C CONDITIONAL REMAND ORDERS FILED TODAY, NOTIFIED COUNSEL Involved judge |
| 2/27/76 | | Gary vallencourt v. Delta, D. Mass, 74-2344-C |
| x/xx/76x | | Annette Vallencourt v. Delta, D. Mass, 74-2345-C |
| 2/27/76 | | MATINA M. METZ V. DELTA, D. MASS 74-2329-C NANCY HANNA V. DELTA, D. MASS 74-2330 MARTHA S. CAMERON V. DELTA, D. MASS 74-2331-C ALETHA G. HUBBEL V. DELTA, D. MASS 74-2332-G ANDREA L. HOLZSCHEITER V. DLETA, D. MASS 74-2335-C JAMES HOAG V. DELTA, D. MASS 74-2336 LYN D. CUMMINGS V. DELTA, D. MASS 74-2337-C BRENDA J. THERIAULT V. DELTA, D. MASS 74-2343-C JAMES D. WARREN V. DELTA, D. MASS 74-2152-C BETTY PRESCOTT V. DELTA D. MASS 74-2337-C CROs final today. Notified transfere clerk, transferee judge |
| 3/5/76 | | BAYARD W. KENNETT V. DELTA AIR LINES D. MASS. 74-2150 DOROTHY C. RUANE V. DELTA D. MASS 74-2151 CROs final today. Notified Transferee clerk, transferee judge |
| 3/16/76 | | RICHARD WARREN YOUNG V. DELTA AIR LINES INC. D. MASS. CIVIL ACTION NO. 74-2156-C CRO filed today, sent copies to counsel and judge involved |
| 3/31/76 | | RICHARD WARREN YOUNG V. DELTA AIRLINES INC. D. MASS 74-2156-C CRO final today. notified involved clerks, judges |
| x/xx/76x | | xxxxxxxxxxxxxxxxx |
| | | ENTRY OUT OF ORDER |
| 2/19/76 | | BAYARD W. KENNETT V. DELTA AIRLINES, D. MASS., 74-2150-C DOROTHY G. RUAN V. DELTA AIRLINES, D. MASS , 74-2151-C CROs filed today. Notified counsel, involved judge |
| 2/19/76 | | SUGGESTION FROM J. CAFFREY TO REMAND KENNETT AND RUAN |
| 3/5/76 | | SUGGESTION FROM J. CAFFREY TO REMAND xxxxxx RICHARD WARREN YOUNG |

JPML FORM 1A - Continuation                                   DOCKET ENTRIES -- p._____

DOCKET NO. 160  --  IN RE AIR CRASH DISASTER AT BOSTON, MASS. ON JULY 31, 1973

| Date | Ref | Pleading Description |
|---|---|---|
| 9/28/79 | | ORDER REASSIGNING LITIGATION to the Honorable David S. Nelson for the remainder of the coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 9/28/79 | | MDL-160 Status Report from Judge Andrew A. Caffrey stating litigation was reassigned and presently with Judge David S. Nelson and docket sheet -- see entry of 11/21/78. (ea) |

- Opinion and Order, April 10, 1974, 374 F. Supp. 1404
 
DOCKET NO. 160 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

O&O, June 19, 1975 395 F. Supp 1405 (1975)

## Description of Litigation

### IN RE AIR CRASH DISASTER AT BOSTON MASSACHUSETTS ON JULY 31, 1973

#### Summary of Panel Action

Date(s) of Hearing(s): 2-5-74   9/27/74

Date(s) of Opinion(s) or Order(s): 4/10/74

Consolidation Ordered: xxx    Name of Transferee Judge: ~~Andrew A. Caffrey~~ David S. Nelson

Consolidation Denied: ____    Transferee District: Massachusetts

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Shirley Ann McKibben Penney, etc. v. Delta Air Lines, Inc., et al. | Mass. | 73-3897C | NT | | 5/3/76 | Pltfs. motion 12/5/73 Delta-12/7/73 |
| A-2 | Patricia A. Longchamp, etc. v. Delta Air Lines, Inc., et al. | Mass. | 73-3898C | NT | | 3/4/76 | " " Delta-12/7/73 |
| A-3 | Carol W. MacArthur, et al. v. Delta Air Lines, Inc. | N.Hamp. | 73-291 | 4/10/74 | 74-3149- dis | | " " |
| B-1 | Dewey W. Vincent, et al. v. Delta Air Lines, Inc. | M.D.Tenn. | 73 Civ.7133 | 4/10/74 | dis | | Delta Motion 12/7/73 |
| B-2 | Ann G. D'Arcy, etc. v. Delta Air Lines, Inc., et al. | S.D.N.Y. FRANKEL | 73 Civ 5147 | NT | NT remanded J. Frankel 2/11/74 | | " " |
| B-3 | Marla J. Bailey, etc. v. Delta Air Lines, Inc., et al. | M.D.Fla. KRENTZMAN | 73-611 Civ. TK | 4/10/74 | 74-1364- dismissed | | " " |
| B-4 | C. David Bassett, et al. v. Delta Air Lines, Inc. | Vermont | 73-338 | 4/10/74 | 74-2327- | 11/5/76 | " |
| C-1 | Barbara L. Thompson, etc. v. Delta Air Lines, Inc. | Vermont | 73-339 | 4/10/74 | 74-2328- | 3/4/76 | |
| C-2 | Martina M. Metz, Adm. v. Delta Air Lines, Inc. | Vermont | 73-340 | 4/10/74 | 74-2329- | 4/27/76 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-3 | Nancy Lee Hanna, Adm. v. Delta Air Lines | Vermont | 73-341 | 4/10/74 | 74-2330-C | 2/27/76 Rem | |
| C-4 | Martha S. Cameron, Adm. v. Delta Air Lines, Inc. | Vermont | 73-342 | 4/10/74 | 74-2331-C | 2/27/76 Rem | |
| C-5 | Aletha G. Hubbell, Ext. v. Delta Air Lines | Vermont | 73-343 | 4/10/74 | 74-2332-C | 2/27/76 Rem | |
| C-6 | Arthur D. Barnett, Adm. v. Delta Air Lines, Inc. | Vermont | 73-344 | 4/10/74 | 74-2333-C | 11/5/76 | |
| C-7 | Ronaldo Provost, Adm. v. Delta Air Lines, Inc. | Vermont | 73-345 | 4/10/74 | 74-2334-C | 11/5/76 | |
| D-1 | Andrea L. Holzscheiter, Adm. v. Delta Airlines, Inc. | Vermont | 73-355 | 4/10/74 | 74-2335-C | 2/27/76 Rem | Cummings Motion 1/30/74 |
| D-2 | James Hoag, Adm. v. Delta Airlines | Vermont | 74-3 | 4/10/74 | 74-2336-C | 2/27/76 Rem | |
| D-3 | Lyn D. Cummings, Adm. v. Delta Airlines | Vermont | 74-17 | 4/10/74 | 74-2337-C | 2/27/76 Rem | |
| D-4 | Susan A. Knapp, Adm. v. Delta Airlines | Vermont | 74-20 | 4/10/74 | 74-2338-C | 3/4/76 | |
| D-5 | The Howard Bank, Exe. v. Delta Airlines, Inc. | Vermont | 74-21 | 4/10/74 | 74-2339-C | 5/3/7 | |
| D-6 | Donald R. Fleury, Adm. v. Delta Airlines | Vermont | 74-22 | 4/10/74 | 74-2340-C | 11/15/74 | |
| D-7 | Thomas P. Gosselin, Adm. v. Delta Airlines | Vermont | 74-23 | 4/10/74 | 74-2341-C | 3/4/76 | |
| D-8 | Brenda J. Theriault, Adm. v. Delta Airlines | Vermont | 74-32 | 4/10/74 | 74-2342-C | 2/27/76 Rem | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-9 | Bayard W. Kennett, Adm. v. Delta Air Lines, Inc.  *CRO 2/19/76* | D. N.Hamp. | C-74-21 | 4/10/74 | 74-2136 | *Pending 2/5/76* | Hearing Order Amend 1/31/74 |
| D-10 | Dorothy C. Ruane, Adm. v. Delta Air Lines, Inc.  *CRO 2/19/76* | D. N. Hamp. | C-74-22 | 4/10/74 | 74-2181 | *Remand 2/5/76* | " |
| XYZ-1 | Miriam A. Gummere v. Delta Airlines Inc., et al. | D. Mass | 74-0512-C | | | dis | |
| XYZ-2 | ~~Joseph R. XXXXXXXXXXXXXXXXXXX~~ Clayton Rutherford Saulters v. Delta Air Lines, Inc. | D. Mass | 74-1160 | | | 8/12/75 | |
| XYZ-3 | Maxine G. Byrum v. Delta Airlines | D. Mass | 74-1444-C | | | dis | |
| XYZ-4 | Maxine G. Byrum v. Delta Airlines | D. Mass | 74-1445 | | | dis | |
| XYZ-5 | U. S. Natl. Bank of Galveston v. Delta Airlines, et al. | D. Mass | 74-1885-C | | | 4/21/76 | |
| XYZ-6 | Donald E. Watts v. Delta Airlines | D. Mass | 74-2456 | | | dis | |
| XYZ-7 | Sidney Hanish v. Delta Airlines | D. Mass | 74-2457 | | | dis | |
| XYZ-8 | Hannibal S. deSchmertzing v. Delta Air Lines, Inc. | D. Mass | 74-4303-C | | | 3/4/76 | |
| XYZ-9 | Carleton B. Swift, Jr. v. Delta Air Lines, Inc. | D. Mass | 74-4303-C | | | dis | |

DOCKET NO. 160 - (CONTINUED)     PAGE 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-1 | James D. Warren, Jr. v. Delta Air Lines  4-15-74 | D. New Hamp. | C-74-30 | 5/1/74 | 74-2152 | 2/27/76 | Rem |
| E-2 | Arthur A. Smith v. Delta Air Lines  4-15-74 | D. New Hamp. | C-74-31 | 5/1/74 | 74-2153 | 3/1/76 | |
| E-3 | Helen M. Hall v. Delta Air Lines  4-15-74 | D. New Hamp. | C-74-32 | 5/1/74 | 74-2154 | 4/29/76 | |
| E-4 | John D. Richards v. Delta Air Lines  4-15-74 | D. New Hamp. | C-74-33 | 5/1/74 | 74-2155 | dis | |
| E-5 | Betty Prescott v. Delta Air Lines  4-15-74 | D. Vt. | 74-41 | 5/1/74 | 74-2343 | 2/27/76 | Rem |
| E-6 | Gary Vallencourt v. Delta Air Lines  4-15-74 | D. Vt. | 74-83 | 5/1/74 | 74-2344 | 2/27/76 | Rem |
| E-7 | Karen Haelsig McMaster v. Delta Air Lines, Inc.  4-15-74 | M.D. Fla  Krentzman | 74-96-Civ | 5/1/74 | 74-1815-C | 3/4/76 | |
| E-8 | Karen Haelsig McMaster v. Delta Air Lines, Inc.  4-15-74 | D. MASS  M.D. Fla  Krentzman | 74-97-Civ | 5/1/74 | 74-1816-C | 3/4/76 | 3/22/820 |
| E-9 | Marla J. Bailey v. Delta Air Lines, et al. | S.D. Fla  Mehrtens | 74-284-Civ | | 75-524 | | Transf. by J. Mehrtens 6/6/74 |
| E-10 | Annette Vallencourt v. Delta Air Lines, Inc.  4-15-74 | D. Vt. | 74-84 | 5/1/74 | 74-2345 | 2/27/76 | Rem |
| E-11 | Richard Warren Young v. Delta Air Lines, Inc.  4-15-74 | N. HAMP | 74-48 | 5/1/74 | 74-2156 | 3/31/76 | |
| E-12 | Edward G. Boyle, Jr., and Inez Claire Boyle v. Delta Air Lines, Inc.  4-23-74 | D.N.Hamp | 74-95 | 5/9/74 | 74-2157 | 3/4/76 | |
| E-13 | Patrick J. Jackson, etc. v. Delta Airlines, Inc.  5/14/74 | D, N.Hamp | 74-115 | 5/30/74 | 74-2152 | 2/9/76 | |
| E-14 | Juanita M. Kester, etc. v. Delta Air Lines, Inc., et al.  7/11/74 | S.D.N.Y.  Frankel | 74 Civ 2540 | 7/30/74 | 74-2944 | 11/5/76 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-15 | Frances A. Burrell, etc. v. Delta Airlines, Inc., et al. 7/30/74 | S.D.Fla NCR | 74-195-Civ- | 8/14/74 | 74-4399 | dismissed | |
| E-16 | Vivian H. Bru, et al. v. Delta Air Lines, Inc., et al. 7/30/74 | D.MASS. E.D.N.Y. Judd | 74C1057 | | 74-4527 | dismissed | "Bru" 140 to mass. |
| E-17 | Ann G. D'Arcy, et al. v. Delta Air Lines, Inc., et al. 7/30/74 | S.D.N.Y. Judd | 74 Civ. 2884 | 8/14/74 | 74-4086 | dismissed | |
| E-18 NT | Warren Stanleven v. Delta Air Lines, et al. | N.D.Calif RFP | C-74-1195- | | NT | | Remanded to Calif. St. Ct. |
| E-19 NT | Henry B. Carey, et al. v. Delta Air Lines, et al. 11/27/74 | N.D.Calif LHB | C-74-1297 | 12/10/74 8/14/74 | | | |
| E-20 | Dianne B. Coveny, et al. v. Delta Airlines, Inc., et al. 7/30/74 OPPOSED | D.MASS W.D.N.Y. | Civ 74-336 | S1404 8/30/74 | 74-4248 | 6/18/76 | 0404 9 to MASS on 8/30/74 to N.Y. MDL-160-47 |
| E-21 | Vita/Strachwitz Radjik, et al. v. Delta Air Lines 8/23/74 | D.MASS. S.D.N.Y. Frankel | 74 Civ. 3122 | 9/10/74 | 74-2228 | 6/18/76 | to MASS on 8/22/74 S1404 J.Frankel |
| E-22 | Patrick J. Frawley, Jr., etc. v. Delta Airlines, Inc., et al. 10/23/74 | C.D.Cal Pregerson | CV-74-1199-HP | 11/6/74 | | 3/4/74 dismissed | |
| E-23 | Ronald Moore, etc. v. United States of America | S.D.Texas Bue | 75-H-235 | 6/19/75 | 75-3120 | 3/22/82 SC 3/26 3/22/82 D. | |
| E-24 | Mr. and Mrs. John H. Wilson v. U.S.A. | S.D.Texas | 75-H-461 | 5/20/75 | 75-3119 | 3/22/82 D | |
| E-25 | Richard F. Humphreys v. U.S.A. | S.D.Texas | 75-H-462 | 5/20/75 | 75-3118 | | |
| E-26 NT | Pamela Davenport, etc. v. Delta Air Lines 9/11/75 OPPOSED | S.D.N.Y. IBW | 75 Civ. 3129 | | | | |
| E-27 | Bette J. Gaines, etc. v. Delta Airlines, Inc., et al. 7/24/75 | S.D.Florida | FL 75-284-Civ NCR | 8/8/75 | | dismissed | |
| E-28 | Gail L. Carpentiere, et al. v. Delta Air Lines, Inc. 8/5/75 | D.N.H. Bownes | 75-220 | 8/31/75 | | dismissed | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-29 | Karen Haelsig McMaster, etc. v. United States of America 11/12/75 | M.D.Fla | 75-559-T-H | 12/1/75 | ~~3/4/76~~ | dis | |
| E-30 | Karen Haelsig McMaster, etc. v. United STates of America 11/12/75 | M.D.Fla | 75-558-T-H | 12/1/75 | ~~3/4/76~~ | dis | |

CERTIFIED CORRECT  JULY 1976    76 TR / 14 XYZ / 60

after July 1977   (31) (2) Rem / (29) (17) DIS / 29 Pndg

July 77   46 TR / 17 XYZ / 63
29-DIS
14-REM
(43)
20 Pdg

July 78   43 TR / 48 = 15 Pdg   34 DIS / 14 REM

July 1979 — Same

| XYZ | Susan I. Burrill, etc. v. Sperry Rand Corp., et al. | D. Mass. | 75-1418-N | | | 3/22/82 | |
| XYZ | Virginia A. Striel, etc. v. Sperry Rand Corp., et al. | D. Mass. | 75-1420-N | | | 3/22/82 | |

July 1980 - 46 TR / 17 XYZ / 43 Dis / 14 Rem / 6 Pdg
July 1981 — Same
July 1982 - 46 TR / 17 XYZ / 49 Dis / 14 Rem / 0 —

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



## DESCRIPTION OF LITIGATION

DOCKET NO. 160 -- IN RE AIR CRASH DISASTER AT BOSTON, MASSACHUSETTS ON JULY 31, 1973

(Liaison Counsel Appointed by J. Caffrey Pretrial Order No. 1) dated July 29, 1974

| No. | Plaintiff | Defendant |
|---|---|---|
| | LIAISON COUNSEL FOR PLAINTIFFS<br><br>Philip A. Kolvoord, Esquire<br>Koolvoord & Overton<br>Post Office Box 298<br>Essex Junction, Vermont 05452<br><br>Stephen T. Keefe, Jr., Esquire<br>1359 Hancock Street<br>Quincy, Mass. 02169<br><br>KAREN HAELSIG MCMASTER (E-29) (E-30)<br>John W. Puffer, III, Esquire<br>John I. VanVoris, Esquire<br>Shackleford, Farrior, Stallings,<br>  & Evans<br>P.O. Box 3324<br>Tampa, Florida 33601 | LIAISON COUNSEL FOR DEFENDANTS<br><br>Robert Fulton, Esquire<br>40 Court Street<br>Boston, Massachusetts 02108<br><br>George N. Tompkins, Jr., Esquire<br>Condon & Forsythe<br>1251 Avenue of the Americas<br>New York, New York 10020<br><br>UNITED STATES OF AMERICA<br>Michael J. Pangia, Esquire<br>Trial ATtorney<br>Aviation Department<br>U. S. Department of Justice<br>Washington, D. C. 20530 |

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 160 -- IN RE AIR CRASH DISASTER AT BOSTON, MASSACHUSETTS ON

JULY 31, 1973

| Plaintiff | Defendant |
|---|---|
| SHIRLEY ANN McKIBBEN PENNEY, ETC. (A-1)<br>PATRICIA A. LONGCHAMP, ETC. (A-2)<br>CAROL W. MacARTHUR, ET AL. (A-3)<br>Charles F. Krause, Esquire<br>Speiser & Krause, P.C.<br>200 Park Avenue<br>New York, New York   10017<br><br>DEWEY W. VINCENT, ET AL. (B-1)<br>Boilt, Cummings, Conners & Berry<br>21st Flr., First American Center<br>Nashville, Tennessee   37238<br>JUANITA M. KESTER (E-14)<br>ANN G. D'ARCY, ETC. (B-2) (E-17)<br>James J. Sullivan, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York   10016<br><br>MARLA J. BAILEY, ETC. (B-3)<br>Bill Wagner, Esquire<br>Wagner, Cunningham, Vaughn, Hopner & Mays<br>403 Morgan Street<br>Tampa, Florida<br><br>C. DAVID BASSETT, ETC. (B-4)<br>ARTHUR D. BARNETT, ETC. (C-6)<br>RONALDO PROVOST (C-7)<br>Richard E. Davis, Esquire<br>Richard E. Davis Associates, Inc.<br>Post Office Box 666<br>Barre, Vermont   05641<br><br>BARBARA L. THOMPSON, ETC. (C-1)<br>MARTINA M. METZ, ETC. (C-2)<br>NANCY LEE HANNA (C-3)<br>MARTHA S. CAMERON, ETC. (C-4)<br>ALETHA G. HUBBELL (C-5)<br>Philip A. Kolvoord, Esquire<br>Koolvoord & Overton<br>Post Office Box 298<br>Essex Junction, Vermont   05452 | DELTA AIRLINES<br>George Tompkins, Jr., Esquire<br>Condon & Forsythe<br>1251 Avenue of the Americas<br>New York, New York   10020<br><br>McDONNELL DOUGLAS CORP.<br>   Jerome M. Leonard, Esq.<br>   Ropes & Gray<br>   225 Franklin Street<br>   Boston, Mass.   02110<br><br>SPERRY RAND CORP.<br>Maurice L. Noyer, Esquire<br>Haight, Gardner, Poor & Havens<br>1 State Street Plaza<br>New York, New York   10004<br><br>UNITED STATES<br>   Michael Pangia, Esquire<br>   Trial Attorney<br>   Aviation Department<br>   U. S. Justice Department<br>   Washington, D.C.<br><br>KOLLSMAN INSTRUMENT CORP.<br>   Schneider, Reilly, Zabin & Connolly<br>   One Center Plaza, Suite 710<br>   Boston, Massachusetts   02108<br>      Attan:  Albert P. Zabin, Esq. |

p. 2

| Plaintiff | Defendant |
|---|---|
| ✓ ANDREA L. HOLZSCHEITER  (D-1)<br>Peter M. Collins, Esquire<br>Paul, Frank & Collins<br>135 College Street<br>Burlington, Vermont   05401 | |
| ✓ JAMES HOAG (D-2)<br>Clarke A. Gravel, Esquire<br>Gravel & Shea<br>P.O. Box 237<br>Burlington, Vermont   05401 | |
| ✓ LYN D. CUMMINGS (D-3)<br>James Villa, Esq.<br>Dinse, Allen & Erdmann<br>186 College Street<br>Burlington, Vermont   05401 | |
| SUSAN A. KNAPP, (D-4)<br>THE HOWARD BANK (D-5)<br>DONALD R. FLEURY (D-6)<br>~~THOMAS P. GOSSELIN (D-7)~~<br>Alan F. Sylvester, Esq.<br>McNamara, Fitzpatric, Sylvester<br>   Farrell & Malley<br>P.O. Box 657<br>Burlington, Vermont   05401 | |
| ✓ BRENDA J. THERIAULT (D-8)<br>Lahan, Eastman & Telclass<br>159 Bank Street<br>Burlington, Vermont   05401 | |
| ✓ DOROTHY C. RUANE (D-9)<br>BAYARD W. KENNETT, (D-10)<br>Arthur A. Greene, Jr., Esquire<br>McLane, Graf, Greene & Brown<br>Forty Stark Street<br>Manchester, New Hampshire   03105 | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION 

## DESCRIPTION OF LITIGATION

DOCKET NO. 160 -- AIR CRASH DISASTER AT BOSTON MASS. ON JULY 31, 1973

| No. | Plaintiff | ~~Defendant~~ |
|---|---|---|
| | JAMES D. WARREN, JR.   (E-1)<br>  Peter V. Millham, Esquire<br>  Wescott, Mollham & Dyer<br>  101 Court Street<br>  Laconia, New Hampshire<br><br>ARTHUR A. SMITH (E-2)<br>  Green, Sullivan and Green<br>  814 Elm Street<br>  Manchester, New Hampshire   03101<br><br>HELEN M. HALL ( Same as D-9) (E-3)<br>  Authur A. Greene, Jr., Esquire<br><br>JOHN D. RICHARDS   (E-4)<br>  A. J. McDonough, Esquire<br>  99 Stark Street<br>  Manchester, New Hampshire<br><br>RICHARD WARREN YOUNG   (E-11)<br>  Dort S. Bigg, Esquire<br>  875 Elm Street<br>  Manchester, New Hampshire   03101<br><br>BETTY PRESCOTT   (E-5)<br>  Theodore Corsones, Esquire<br>  1 Nickwackett Street<br>  Rutland, Vermont   05701<br><br>GARY VALLENCOURT   (E-6)<br>  Joseph S. Wool, Esquire<br>  Wool, Agel, Murdoch<br>    & Kittell<br>  131 Main Street<br>  Burlington, Vermont<br><br>ANNETTE VALLENCOURT (See above) (E-10)<br>  Joseph S. Wool, Esquire<br><br>KAREN HAELSIG McMASTER   (E-8)<br>  John I. Van Voris, Esquire<br>  Shackleford, Farrior, Stallings<br>    & Evans<br>  2200 First Financial Tower<br>  Post Office Box 3324<br>  Tampa, Florida   33601 | |

| No. | Plaintiff | | Defendant |
|---|---|---|---|
| | ~~MARLA J. BAILEY (E-~~<br>~~Ronald E. Perez, Esquire~~<br>~~Suite~~<br>~~Marine Bank Building~~<br>~~Tampa, Florida~~ | E-21 | VITA STRACHWITZ HADIIK<br>Baker & McKenzie<br>375 Park Avenue<br>New York, New York  10022 |
| E-12 | Stephen J. Franca, Esquire<br>Leonard Professional Association<br>5 Prospect Street<br>Nashua, New Hampshire  03060 | E-22 | PATRICK J. FRAWLEY<br>Robert Forgnone, Esquire<br>Gibson, Dunn & Crutcher<br>515 South Flower Street<br>Los Angeles, Calif. |
| E-13 | Ronald L. Snow, Esquire<br>Orr and Reno<br>95 North Main Street<br>Concord, New Hampshire | E-23 | RONALD MOORE<br>Robert F. Stein, Esquire<br>Jamail & Gano<br>3300 Allen center<br>Houston, Texas  77002 |
| E-14 | JUANITA M. KESTER<br>See B-2 (Kreindler & Kreindler) | | |
| E-15 | FRANCES A. BURRELL<br>Michael B. Latti, Esq.<br>Kaplan, Latti & Flannery<br>89 State Street<br>Boston, Mass.  02109 | E-24<br>E-25 | ~~John H. Wilson~~<br>~~Richard Humphreys~~<br>~~W. W. Watkins, Esquire~~<br>~~Kronzer, Abraham & Watkins~~<br>~~800 Commerce Street Building~~<br>~~Houston, Texas  77002~~ |
| E-16 | VIVIAN H. BRAU<br>Harold J. Fugazzi, Esq.<br>14 Front Street<br>Hempstead, N.Y.  11550 | | ~~Defendant E-24 & E-25 U.S.A. (Local)~~<br>~~Edward D. McDonough, Jr., Esquire~~<br>~~United States Attorney~~<br>~~Houston, Texas  77061~~ |
| E-17 | James J. Sullivan, Esq. | | |
| E-18 | WARREN STANDEVEN<br>Edward M. Digardi, Esquire<br>Nichols, Williams, Morgan & Digardi<br>436 14th Street<br>Oakland, California  94612 | E-26 | PAMELA DAVENPORT<br>Charles F. Krause, Esquire<br>Speiser & Krause<br>200 Park ave.<br>New York, New York  10017 |
| E-19 | ~~HENRY B. CARY, et al.~~<br>~~Vincent R. Rucco, Esquire~~<br>~~Boccardo, Blum, Lull, Niland~~<br>~~Teerlink & Bell~~<br>~~Community Bank Building~~<br>~~111 West St. John Street~~<br>~~San Jose, California  95113~~ | E-27 | ~~BETTE J. GAINES, etc.~~<br>~~Benjamin F. Lampkin, Jr., Esquire~~<br>~~2125 Northwest 27th Lane~~<br>~~Fort Lauderdale, Florida  33311~~ |
| E-20 | ~~DIANE B. COVENY~~<br>~~David C. Laub, Esquire~~<br>~~Gross, Shuman, Laub & David~~<br>~~26th Floor~~<br>~~Main Place Tower~~<br>~~Buffalo, New York  14202~~ | E-28 | GAIL L. CARPENTIERE<br>Sweeney, Sweeney & Sullivan<br>J. Leonard Sweeney, Esquire<br>6 Manchester Street<br>Nashua, New Hampshire  03060 |

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 160 -- AIR CRASH DISASTER AT BONSTON, MASS. ON JULY 31, 1973

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| DELTA AIRLINES, INC. | A-1, A-2, A-3, B-1, B-3, B-1, C-1, C-2, C-3, C-4, E-1, E-2, E-3, E-4, E-5, E-6, E-7, E-8, E-9, E-10, E-11, E-14, E-15, E-16, E-17, E-18, ~~E-19~~, E-20, E-21, E-22, E-27, E-30 |
| McDONNELL DOUGLAS CORP. | A-1, A-2, E-14, E-15, E-16, E-17, E-18, ~~E-19~~, E-20, E-22, E-27 |
| Sperry Rand Corp. | B-2, E-7, E-8, E-14, E-18, ~~E-21~~, E-22, E-27 |
| Underwriters at Lloyds, London | B-2, E-7, E-8 |
| Kollsman Instrument Co | E-15, E-27 |
| U.S.A | E-17, E-22, E-14, E-23, E-24, E-25, E-29, E-30 |